# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147378 & (83)(84)(85)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 147378
                                    COA: 301485
                                    Wayne CC: 10-005526-FC

DARRYL COOPER,
      Defendant-Appellant.

_____/

      On order of the Court, the motion for amending or supplementing papers is GRANTED. The application for leave to appeal the May 16, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for evidentiary hearing and the motion for abeyance are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2013



                        Clerk

s1021